UNITED STATES of America, Plaintiff-Appellee

v.

Jose Antonio **MOCTEZUMA-BARRAGAN, also known as Mario Sanchez-Garcia, also known as Jose Moctezuma-Barragan, also known as Jose Moctezuma-Baragan, also known as Cleofas Moctezuma-Barragan, also known as Rodolfo Castillo, also known as Pedro Garcia, also known as Juan Gonzales, Defendant-Appellant**

No. 16-40223
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Filed January 10, 2017

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Jose Antonio Moctezuma-Barragan, Pro Se

Before JONES, WIENER, and CLEMENT, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jose Antonio Moctezuma-Barragan has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Moctezuma-Barragan has not filed a response. We have reviewed the relevant portions of the record as well as counsel's *Anders* brief, Federal Rule of Appellate Procedure 28(j) letter, and response to our directive for clarification. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

